

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2017

No. 04-16-00593-CV

Alvin M. **BURNS**, I.M. Burns, Dimmit County, Hakim Dermish, Robert L. Ramirez and Edward J. Dryden,
Appellants

v.

**ROSETTA RESOURCES, LTD**., a/k/a Rosetta Resources, Inc., Eusebio Cantu Torres, Eusebio Torres, Jr., Gladiator Energy Services, LLC,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

## O R D E R

The cross-appellants/appellees unopposed first motion for extension of time to file brief is hereby GRANTED. Time is extended to September 20, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk